# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1739            **Short Title:** St. Dominic Academy v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
A. Pender Makin, Jefferson Ashby, Edward David, Julie Ann O'Brien, Mark Walker, and Thomas L. Douglas         as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Christopher C. Taub                   8/21/2024
Signature                                 Date

Christopher C. Taub
Name

Office of the Attorney General            (207) 626-8800
Firm Name (if applicable)                 Telephone Number

6 State House Station                     (207) 287-3145
Address                                   Fax Number

Augusta, ME  04333-0006                   Christopher.C.Taub@maine.gov
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 65217

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 24-1590

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).