# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1739     **Short Title:** St. Dominic Acad. v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Lambda Legal Defense and Education Fund, Inc. and GLBTQ Legal Advocates & Defenders as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Kenneth D. Upton, Jr
Signature

11/13/2024
Date

Kenneth D. Upton, Jr.
Name

Lambda Legal Defense and Education Fund, Inc.
Firm Name (if applicable)

312-605-3324
Telephone Number

65 E. Wacker Pl., Suite 2000
Address

855-535-2236
Fax Number

Chicago IL 60601
City, State, Zip Code

kupton@lambdalegal.org
Email (required)

Court of Appeals Bar Number: 1194475

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. 24-1590

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).