# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1739          **Short Title:** St. Dominic Acad. v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Lambda Legal Defense and Education Fund, Inc. and GLBTQ Legal Advocates & Defenders</u> as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

<u>/s/ Gary D. Buseck</u>                    <u>11/13/2024</u>
Signature                                             Date

<u>Gary D. Buseck</u>
Name

<u>GLBTQ Legal Advocates & Defenders</u>      <u>617-426-1350</u>
Firm Name (if applicable)                    Telephone Number

<u>18 Tremont Street, Suite 950</u>            <u>617-426-3594</u>
Address                                              Fax Number

<u>Boston, MA 02108</u>                          <u>gbuseck@glad.org</u>
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: <u>14402</u>

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes    Court of Appeals No. <u>24-1590</u>

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).