# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1739        **Short Title:** St. Dominic Acad. v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Lambda Legal Defense and Education Fund, Inc. and GLBTQ Legal Advocates & Defenders as the

[ ] appellant(s)      [ ] appellee(s)       [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Mary Bonauto
Signature

11/13/2024
Date

Mary Bonauto
Name

GLBTQ Legal Advocates & Defenders
Firm Name (if applicable)

617-426-1350
Telephone Number

18 Tremont Street, Suite 950
Address

617-426-3594
Fax Number

Boston, MA 02108
City, State, Zip Code

mbonauto@glad.org
Email (required)

Court of Appeals Bar Number: 68959

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 24-1590

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).