# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-01739     **Short Title:** St. Dominic Acad. v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>see attached sheet</u> as the

[ ] appellant(s)     [ ] appellee(s)     [✔] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Adam J. Hunt</u>
Signature

<u>November 13, 2024</u>
Date

<u>Adam J. Hunt</u>
Name

<u>Morrison & Foerster LLP</u>
Firm Name (if applicable)

<u>212-336-4341</u>
Telephone Number

<u>250 West 55th Street</u>
Address

<u>212-468-7900</u>
Fax Number

<u>New York, NY 10019</u>
City, State, Zip Code

<u>AdamHunt@mofo.com</u>
Email (required)

Court of Appeals Bar Number: <u>1214389</u>

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. <u>24-1590</u>

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

List of Parties Represented

Public Funds Public Schools

American Federation of Teachers

National School Boards Association

National Education Association

In the Public Interest

Council of Parent Attorneys and Advocates

Pastors for Children

Freedom from Religion Foundation

American Atheists

Disability Rights Maine

Maine Education Association

Network for Public Education