# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 24-1739         Short Title: St. Dominic v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Civil Liberties Union, American Civil Liberties Union of Maine, [cont.] as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

_Signature_: Michelle Fraling

_Date_: 11/14/2024

_Name_: Michelle Fraling

_Firm Name (if applicable)_: American Civil Liberties Union Foundation

_Telephone Number_: (917) 710-3245

_Address_: 915 15th St NW

_Fax Number_:

_City, State, Zip Code_: Washington, DC 20005

_Email (required)_: michelle.fraling@aclu.org

Court of Appeals Bar Number: 1214102

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

Counsel must complete and file this notice of appearance in order to file pleadings in this court. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

The Clerk will enter my appearance as counsel on behalf of:

**American Civil Liberties Union, American Civil Liberties Union of Maine, and Americans United for Separation of Church and State**

as the amicus curiae.

Case: 24-1739   Document: 00118214695   Page: 2   Date Filed: 11/14/2024   Entry ID: 6681464