**BECKET**
*Religious Liberty for All*

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006
202-955-0095 / 𝕏 *@becketfund*
www.becketfund.org

April 1, 2025

**VIA CM/ECF**

Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

**Re:** *St. Dominic Academy et al. v. Makin et al.*, No. 24-1739

Dear Ms. Dubrovsky:

Because of low enrollment and financial constraints, the Bishop of Portland has reached the difficult decision to close St. Dominic Academy's high school campus. St. Dominic plans to cease offering grades 9-12 at the end of this academic year. St. Dominic will continue to operate its elementary and middle school programs, offering education to students in pre-kindergarten through eighth grade.

St. Dominic and the Bishop of Portland continue to require injunctive relief from this Court, for four reasons.

*First*, St. Dominic needs injunctive relief to benefit its high school program in its last year of operation. St. Dominic currently educates 9th-12th grade students who are eligible to receive town tuitioning funds, but are not able to do so.

*Second*, St. Dominic needs injunctive relief to benefit its elementary and middle school programs, which will continue. It is not uncommon for students to commute 30 to 60 minutes to attend St. Dominic, including from tuitioning jurisdictions. JA21. Several towns that participate in town tuitioning at the elementary or middle school level are within an hour's drive from St. Dominic.[1]

---

[1] JA21 (identifying Whitefield, Fayette, Chelsea, Westport, Windsor, and West Bath); *see also* Nick Murray, *School Choice Map of Maine* at 5, Maine Policy Institute (Oct. 2021), http://perma.cc/3L6N-BWHC (identifying these towns as offering tuitioning for grades K-12 or 6-12).



1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006

*Third*, the Bishop needs injunctive relief to benefit other Diocesan schools. JA17. Like St. Dominic, these schools wish to participate in the town tuitioning program, but cannot do so because of Maine's exclusionary policies. JA14.

*Fourth*, the Bishop needs injunctive relief to benefit new Diocesan high schools that he intends to open in the future.[2]

Maine has excluded St. Dominic from its tuition program for more than 40 years. St. Dominic's high school has now been forced to close its doors. Maine's discriminatory exclusion continues to harm all the Bishop's schools. Prompt relief is needed.

Word Count: 331

Respectfully submitted,

/s/ Adèle Keim

| | |
|---|---|
| JAMES B. HADDOW | ADÈLE AUXIER KEIM |
| PETRUCCELLI, MARTIN & | *Counsel of Record* |
|   HADDOW LLP | Mark L. Rienzi |
| Two Monument Square | Benjamin A. Fleshman |
|   Suite 900 | Michael J. O'Brien |
| Portland, ME 04112 | Amy Ren |
| (207) 775-2360 | THE BECKET FUND FOR |
| |   RELIGIOUS LIBERTY |
| | 1919 Pennsylvania Ave. N.W., |
| |   Ste. 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | *akeim@becketfund.org* |

*Counsel for Plaintiffs-Appellants*

cc: All counsel of record (by ECF notification)

---

[2] *See* Roman Catholic Diocese of Portland, *Maine Catholic Education Inquiry & Information Night* (Mar. 6, 2025), https://perma.cc/PH2Q-7LPD.