No. 24-1739

# In the United States Court of Appeals for the First Circuit

St. Dominic Academy, d/b/a Roman Catholic Bishop of Portland,
a corporation sole; Roman Catholic Bishop of Portland; Keith Radonis,
on their own behalf and as next friend of children K.Q.R., L.R.R.,
and L.T.R.; Valori Radonis, on their own behalf and as next friend of
children K.Q.R., L.R.R., and L.T.R.,

*Plaintiffs-Appellants*,

v.

A. Pender Makin, in their personal capacity and official capacity as the
Commissioner of the Maine Department of Education; Jefferson Ashby,
in their personal capacity and official capacity as the Commissioner of the
Maine Human Rights Commission; Edward David, in their personal capacity
and official capacity as the Commissioner of the Maine Human Rights
Commission; Julie Ann O'Brien, in their personal capacity and official
capacity as the Commissioner of the Maine Human Rights Commission;
Mark Walker, in their personal capacity and official capacity as the
Commissioner of the Maine Human Rights Commission; Thomas L. Douglas,
in their personal capacity and official capacity as the Commissioner of
the Maine Human Rights Commission,

*Defendants-Appellees*.

Appeal from the United States District Court for the District of Maine
Hon. John A. Woodcock
(2:23-cv-00246-JAW)

## MOTION OF AMY REN TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLANTS

Pursuant to First Circuit Local Rule 12.0(b), attorney Amy Ren respectfully moves to withdraw as counsel for Appellants. As of September 3, 2025, Ms. Ren is no longer employed by the Becket Fund for Religious Liberty. Appellants will continue to be represented in this Court by the other attorneys who have noticed their appearance.

Respectfully submitted,

/s/ Amy Ren

| | |
|---|---|
| JAMES B. HADDOW | AMY REN |
| PETRUCCELLI, MARTIN & HADDOW LLP | ADÈLE AUXIER KEIM<br>*Counsel of Record* |
| Two Monument Square<br>  Suite 900 | MARK L. RIENZI<br>BENJAMIN A. FLESHMAN |
| Portland, ME 04112 | MICHAEL J. O'BRIEN |
| (207) 775-2360 | THE BECKET FUND FOR<br>  RELIGIOUS LIBERTY |
| | 1919 Pennsylvania Ave. NW<br>  Suite 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | *akeim@becketfund.org* |

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Amy Ren
AMY REN