# United States Court of Appeals
## For the First Circuit

No. 24-1739

ST. DOMINIC ACADEMY, d/b/a Roman Catholic Bishop of Portland, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND; KEITH RADONIS, on the own behalf and as next friend of children K.Q.R., L.R.R., and L.T.R.; VALORI RADONIS, on the own behalf and as next friend of children K.Q.R., L.R.R., and L.T.R.,

Plaintiffs - Appellants,

v.

A. PENDER MAKIN, in the personal capacity and official capacity as the Commissioner of the Maine Department of Education; JEFFERSON ASHBY, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; EDWARD DAVID, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; JULIE ANN O'BRIEN, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; MARK WALKER, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; THOMAS L. DOUGLAS, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission,

Defendants - Appellees.

### ORDER OF COURT

Entered: September 10, 2025
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration, the motion to withdraw Attorney Amy Ren as counsel for Appellants Keith Radonis, Valori Radonis, Roman Catholic Bishop of Portland, and St. Dominic Academy is granted.  Attorney Ren is hereby withdrawn as counsel of record, and Appellants will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James B. Haddow
Mark L. Rienzi
Adèle Auxier Keim
Benjamin Fleshman
Michael Joseph O'Brien
Amy Ren
Christopher C. Taub
Sarah A. Forster
David Andrew Cortman
Jeremiah Galus
Mark Lippelmann
Ryan J. Tucker
John Archer Meiser
Thomas Molnar Fisher
Edward M. Wenger
John S. Whitman
Joshua Blackman
Michael C. Gilleran
Gary D. Buseck
Mary Lisa Bonauto
Karen Lee Loewy
Kenneth D. Upton, Jr.
Jessica Levin
Kristen Hollar
Wendy Lecker
Adam J. Hunt
Robert Kim
Zachary Heiden
Daniel Mach
Carol J. Garvan
Heather L. Weaver
Alexander Joseph Luchenitser
Anahita Sotoohi
Aditi Fruitwala
Michelle Fraling
Alexandra Zaretsky