# United States Court of Appeals
## For the First Circuit

No. 24-1739

ST. DOMINIC ACADEMY, d/b/a Roman Catholic Bishop of Portland, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; KEITH RADONIS, on their own behalf and as next friend of children K.Q.R., L.R.R., and L.T.R.; VALORI RADONIS, on their own behalf and as next friend of children K.Q.R., L.R.R., and L.T.R.,

Plaintiffs, Appellants,

v.

A. PENDER MAKIN, in the personal capacity and official capacity as Commissioner of the Maine Department of Education; JEFFERSON ASHBY, in the personal capacity; MEGAN SANDERS, in the official capacity as Commissioner of the Maine Human Rights Commission; EDWARD DAVID, in the personal capacity and official capacity as Commissioner of the Maine Human Rights Commission; JULIE ANN O'BRIEN, in the personal capacity and official capacity as Commissioner of the Maine Human Rights Commission; MARK WALKER, in the personal capacity and official capacity as Commissioner of the Maine Human Rights Commission; THOMAS L. DOUGLAS, in the personal capacity and official capacity as Commissioner of the Maine Human Rights Commission,

Defendants, Appellees.

**JUDGMENT**
Entered: July 2, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's order denying the motion for a preliminary injunction is affirmed in part and reversed in part, and the matter is remanded for further proceedings consistent with the opinion issued this day.  No costs are allocated.

By the Court:
Anastasia Dubrovsky, Clerk

cc:  Hon. John A. Woodcock, Jennifer Lyons, Clerk, United States District Court for the District of Maine, James B. Haddow, Mark L. Rienzi, Adele Keim, Benjamin Fleshman, Michael Joseph O'Brien, Sarah A. Forster, David Andrew Cortman, Jeremiah Galus, Mark Lippelmann, Ryan J. Tucker, John Archer Meiser, Thomas Molnar Fisher, Edward M. Wenger, John S. Whitman,

Joshua Blackman, Michael C. Gilleran, Gary D. Buseck, Mary Lisa Bonauto, Karen Lee Loewy, Kenneth D. Upton Jr., Jessica Levin, Kristen Hollar, Wendy Lecker, Adam J. Hunt, Robert Kim, Zachary L. Heiden, Daniel Mach, Carol J. Garvan, Heather L. Weaver, Alexander Joseph Luchenitser, Anahita Sotoohi, Aditi Fruitwala, Michelle Fraling