**United States Court of Appeals
For the First Circuit**

**Case No. 24-1739**

---

ST. DOMINIC ACADEMY d/b/a Roman Catholic Bishop of Portland, a corporation sole;
ROMAN CATHOLIC BISHOP OF PORTLAND; KEITH RADONIS, on their own behalf and
as next friend of children K.Q.R., L.R.R., and L.T.R.; VALORI RADONIS, on their own behalf
and as next friend of children K.Q.R., L.R.R., and L.T.R.,

Plaintiffs – Appellants

v.

A. PENDER MAKIN, in their personal capacity and official capacity as the Commissioner of the
Maine Department of Education; JEFFERSON ASHBY, in their personal capacity and official
capacity as the Commissioner of the Maine Human Rights Commission; EDWARD DAVID, in
their personal capacity and official capacity as the Commissioner of the Maine Human Rights
Commission; JULIE ANN O'BRIEN, in their personal capacity and official capacity as the
Commissioner of the Maine Human Rights Commission; MARK WALKER, in their personal
capacity and official capacity as the Commissioner of the Maine Human Rights Commission;
THOMAS L. DOUGLAS, in their personal capacity and official capacity as the Commissioner
of the Maine Human Rights Commission,

Defendants – Appellees

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

---

**REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR AMICUS
CURIAE THE JEWISH COALITION FOR RELIGIOUS LIBERTY**

---

NOW COMES John S. Whitman, counsel for Amicus Curiae The Jewish Coalition

for Religious Liberty, and pursuant to Local Rule 12 of the Federal Rules of Appellate

Procedure, respectfully requests leave of this Court to withdraw as counsel for the

following reason:

Counsel will be retiring from the practice of law and will no longer working at

Richardson, Whitman, Large & Badger.

Attorney Joshua M. Blackman has entered his appearance as counsel for Amicus Curiae The Jewish Coalition for Religious Liberty.

DATED:  July 21, 2026                    /s/ John S. Whitman
                                         John S. Whitman (Bar No. 17843)
                                         Attorney for Amicus Curiae The Jewish
                                         Coalition for Religious Liberty

Richardson, Whitman, Large & Badger
85 Exchange Street – 3rd Floor
Portland, Maine 04101
(207) 774-7474
jwhitman@rwlb.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I caused the foregoing Request for Leave to Withdraw as Counsel, to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel.

DATED:  July 21, 2026                    /s/ John S. Whitman
                                         John S. Whitman (Bar No. 17843)
                                         Attorney for Amicus Curiae The Jewish
                                         Coalition for Religious Liberty

Richardson, Whitman, Large & Badger
85 Exchange Street – 3rd Floor
Portland, Maine 04101
(207) 774-7474
jwhitman@rwlb.com

2