Case: 24-1739     Document: 00118479248     Page: 1     Date Filed: 07/21/2026     Entry ID: 6827562

# United States Court of Appeals
## For the First Circuit

### REQUEST FOR REMOVAL FROM SERVICE LIST

**Case No.** 24-1739          **Short Title:** St. Dominic Academy, et al. v. A Pender Makin, et al.

I wish to be removed from the service list as counsel for *(please list names of all parties represented, using additional sheet(s) if necessary)*: Amicus Curiae The Jewish Coalition for Religious Liberty
.

[ ✓ ]     The party I represented below is not a party to the appeal.

[   ]     The party I represented below is a party to the appeal. An appearance has been entered in the Court of Appeals on behalf of said party by Attorney _____.

[   ]     The party I represented below is a party to the appeal. To date, no attorney has entered an appearance in the Court of Appeals on behalf of said party.

| | |
|---|---|
| /s/ John S. Whitman | July 21, 2026 |
| Signature | Date |
| John S. Whitman (Bar No. 17843) | |
| Name | |
| Richardson Whitman Large & Badger | (207) 774-7474 |
| Firm Name (if applicable) | Telephone Number |
| 85 Exchange Street - 3rd Floor | 207-774-1343 |
| Address | Fax Number |
| Portland, Maine 04101 | jwhitman@rwlb.com |
| City, State, Zip Code | Email |

===========================================================================

**An attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal, whether or not the attorney has entered an appearance in the Court of Appeals, until the attorney is relieved of such duty by the court**. Procedures for withdrawal in criminal cases are found in Local Rule 46.6. For requirements applying to court-appointed counsel, reference is made to Local Rule 46.5(c), the Criminal Justice Plan of this Circuit.

**No attorney who has entered an appearance in this court may withdraw without the consent of the court**.

If your request is allowed, you will be notified. Until that time, you remain counsel of record.

This form may be emailed to FirstCircuitCourtOfAppeals@ca1.uscourts.gov, faxed to 617-748-9056 or mailed to U.S. Court of Appeals, 1 Courthouse Way, Suite 2500, Boston, MA 02210.