# United States Court of Appeals
## For the First Circuit

No. 24-1739

ST. DOMINIC ACADEMY, d/b/a Roman Catholic Bishop of Portland, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND; KEITH RADONIS, on the own behalf and as next friend of children K.Q.R., L.R.R., and L.T.R.; VALORI RADONIS, on the own behalf and as next friend of children K.Q.R., L.R.R., and L.T.R.,

Plaintiffs - Appellants,

v.

A. PENDER MAKIN, in the personal capacity and official capacity as the Commissioner of the Maine Department of Education; JEFFERSON ASHBY, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; EDWARD DAVID, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; JULIE ANN O'BRIEN, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; MARK WALKER, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission; THOMAS L. DOUGLAS, in the personal capacity and official capacity as the Commissioner of the Maine Human Rights Commission,

Defendants - Appellees.

**ORDER OF COURT**

Entered: July 22, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney John S. Whitman as counsel for Amicus Curiae Jewish Coalition for Religious Liberty is granted. Attorney Whitman is hereby withdrawn as counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

James B. Haddow, Mark L. Rienzi, Adèle Auxier Keim, Benjamin Fleshman, Michael Joseph O'Brien, Sarah A. Forster, David Andrew Cortman, Jeremiah Galus, Mark Lippelmann, Ryan J. Tucker, John Archer Meiser, Thomas Molnar Fisher, Edward M. Wenger, John S. Whitman, Joshua Blackman, Michael C. Gilleran, Gary D. Buseck, Mary Lisa Bonauto, Karen Lee Loewy, Kenneth D. Upton, Jr., Jessica Levin, Kristen Hollar, Wendy Lecker, Adam J. Hunt, Robert Kim, Zachary L. Heiden, Daniel Mach, Carol J. Garvan, Heather L. Weaver, Alexander Joseph Luchenitser, Anahita Sotoohi, Aditi Fruitwala, Michelle Fraling