# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 18, 2026

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

RECEIVED FOR FILING
IN CLERK'S OFFICE
2026 SEP 24 P 12: 25
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re: St. Dominic Academy, dba Roman Catholic Bishop of Portland, a Corporation Sole, et al.
v. A. Pender Makin, Individually and as Commissioner of the Maine Department of Education, et al.
Application No. 26A368
(Your No. 24-1739)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Jackson, who on September 18, 2026, extended the time to and including November 29, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Mark Leonard Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAPITAL DISTRICT 208
21 SEP 2026 PM 4 L

quadient
FIRST-CLASS MAIL
IMI
$000.78 º
09/21/2026 ZIP 20543
043M31266310
US POSTAGE

USMS
Screened

02210-302599